UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH MALONE,

    Plaintiff,

v.                                                               Case No.  8:16-cv-2853-T-24 TGW

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

**ORDER**

       This cause comes before the Court on its own.  Plaintiff filed a complaint in state court against Defendant for damages resulting from a slip and fall.  (Doc. No. 2).  Defendant removed the case to this Court, alleging diversity jurisdiction.  While it appears that the parties are diverse, Defendant has not shown that the amount in controversy exceeds the $75,000 jurisdictional threshold.

       Plaintiff states in his complaint that this is an action for damages that exceeds $15,000 exclusive of interest, costs and attorney's fees.  (Doc. No. 2, ¶ 1).  Defendant admits in its Notice of Removal that it does not have any information regarding the amount of Plaintiff's damages beyond his allegation in the complaint that he "was injured in and about his body and extremities; incurred medical expenses for the treatment of said injuries; incurred pain and suffering of both a physical and mental nature; incurred a permanent injury to the body as a whole; incurred loss of ability to lead and enjoy a normal life; incurred loss of wages and a loss of wage earning capacity, all of which arc either permanent or continuing in nature." (Doc. No. 1, ¶ 33; Doc. No. 2, ¶ 10).

       When a defendant removes a case in which the plaintiff makes an unspecified damages

claim, the defendant bears the burden of establishing the jurisdictional amount by a preponderance of the evidence.  See Lowery v. Alabama Power Co., 483 F.3d 1184, 1208 (11th Cir. 2007).  Based on a review of the complaint and the Notice of Removal, the Court finds that Defendant has not met its burden of showing that there is the requisite amount in controversy.

Accordingly, the Court concludes that Defendant has not shown that this Court has diversity subject matter jurisdiction.  As a result, the Clerk is directed to remand this case back to state court and then to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2016.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record